IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**ALICIA R. BERRY**                                                                                                 **PLAINTIFF**

**VS.**                                                         **CIVIL ACTION NO:  5:11-cv-00094-DCB-JMR**

**JEFFERSON COUNTY HOSPITAL**                                                             **DEFENDANT**

### ORDER GRANTING MOTION TO SEAL DOCUMENTS

**THIS CAUSE HAVING COME BEFORE** the Court on Plaintiff's Motion To Seal Exhibit "L" To Plaintiff's Response to Motion For Summary Judgment, and the Court having considered the motion, **IT IS HEREBY ORDERED THAT:**

Exhibit "L" of Plaintiff's Response to Defendant's Motion For Summary Judgment be sealed and conventionally filed with the U.S. Southern District Court Clerk.

**SO ORDERED**, this the 24th day of July, 2012.

s/David Bramlette
UNITED STATES DISTRICT JUDGE